```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 19254
   WANDA WILLIAMS
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8045


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/13/2005 and was confirmed 08/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CENTRIX FINANCIAL LLC     SECURED            5300.00         509.85       4770.48
CENTRIX FINANCIAL LLC     UNSECURED          4368.08            .00           .00
CITY OF HARVEY            SECURED              77.00            .00         68.56
ALLIED INTERSTATE INC GR  UNSECURED         NOT FILED           .00           .00
AT & T                    NOTICE ONLY       NOT FILED           .00           .00
AMERICASH LOANS LLC       UNSECURED            557.68           .00           .00
ARROW FINANCIAL           UNSECURED         NOT FILED           .00           .00
CORTRUST BANK             NOTICE ONLY       NOT FILED           .00           .00
ARROW FINANCIAL SERVICES  UNSECURED             466.87          .00           .00
BANK FIRST                UNSECURED         NOT FILED           .00           .00
CARDIAC CONSULTING GROUP  UNSECURED         NOT FILED           .00           .00
CASHLAND FINANCIAL SERVI  UNSECURED             345.60          .00           .00
CCA                       UNSECURED         NOT FILED           .00           .00
CHECK N GO                FILED LATE            432.77          .00           .00
CHRYSLER CREDIT           UNSECURED         NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED             529.46          .00           .00
CITY OF CHICAGO PARKING   UNSECURED             100.00          .00           .00
ARNOLD SCOTT HARRIS       NOTICE ONLY       NOT FILED           .00           .00
CONSUMER PORTFOLIO SERV   UNSECURED            8912.02          .00           .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED           .00           .00
CORTRUST BANK             UNSECURED         NOT FILED           .00           .00
DEBT CREDIT SERVICES      UNSECURED         NOT FILED           .00           .00
DEVON FINANCIAL SERVICE   UNSECURED         NOT FILED           .00           .00
DIRECT TV                 UNSECURED         NOT FILED           .00           .00
EDUCATION CREDIT          UNSECURED         NOT FILED           .00           .00
FIRST CONSUMERS NB        UNSECURED            1578.50          .00           .00
FIRST PAYDAY LOAN         UNSECURED         NOT FILED           .00           .00
AMERICAS FINANCIAL CHOIC  UNSECURED             461.48          .00           .00
I C COLLECTION SERVICE    UNSECURED         NOT FILED           .00           .00
ILLINOIS TITLE LOAN INC   UNSECURED         NOT FILED           .00           .00
INGALLS MEMORIAL HOSPITA  UNSECURED           15193.65          .00           .00
ISAC                      UNSECURED            2588.97          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 19254 WANDA WILLIAMS
```

```
ISSAN HEALTH CARE            UNSECURED        NOT FILED              .00            .00
MIDWEST EMERGENCY ASSOCI     UNSECURED        NOT FILED              .00            .00
MIDWEST EMERGENCY ASSOCI     UNSECURED        NOT FILED              .00            .00
MEDICAL RECOVERY SPECIAL     UNSECURED        NOT FILED              .00            .00
NATIONAL MAGAZINE            UNSECURED        NOT FILED              .00            .00
NATIONAL QUIK CASH           UNSECURED        NOT FILED              .00            .00
NELNET LOAN SERVICES         UNSECURED        NOT FILED              .00            .00
NELNET LOAN SERVICES         UNSECURED        NOT FILED              .00            .00
NICOR GAS                    UNSECURED        NOT FILED              .00            .00
NICOR GAS                    UNSECURED        NOT FILED              .00            .00
OAK FOREST HOSPITAL          UNSECURED        NOT FILED              .00            .00
PAYDAY LOAN STORE            UNSECURED        NOT FILED              .00            .00
PROVIDIAN                    UNSECURED        NOT FILED              .00            .00
PROVIDIAN                    UNSECURED        NOT FILED              .00            .00
RISK MANAGEMENT ALTERNAT     UNSECURED        NOT FILED              .00            .00
SEVENTH AVE                  UNSECURED        NOT FILED              .00            .00
SPIEGEL                      UNSECURED        NOT FILED              .00            .00
TALK AMERICA                 UNSECURED        NOT FILED              .00            .00
WASHU PARTNERS MARKHAM I     UNSECURED        NOT FILED              .00            .00
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY      2,005.20                         2,005.20
TOM VAUGHN                   TRUSTEE                                             390.10
DEBTOR REFUND                REFUND                                                1.81

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     7,746.00

PRIORITY                                                    .00
SECURED                                                4,839.04
    INTEREST                                             509.85
UNSECURED                                                   .00
ADMINISTRATIVE                                         2,005.20
TRUSTEE COMPENSATION                                     390.10
DEBTOR REFUND                                              1.81
                            ---------------         ---------------
TOTALS                      7,746.00                   7,746.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/27/08         _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                                   PAGE   2
         CASE NO. 05 B 19254 WANDA WILLIAMS